

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2019

No. 04-19-00357-CR

Marcus **IDROGO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-159-CRW
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant's notice of request for reporter's record and clarification of indigency is granted. As noted in this court's August 1, 2019 order, the reporter's record is due on August 23, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court